## AFFIDAVIT OF SERVICE

| Case:<br>3:25-cv-00940-VAB | Court:<br>United States District Court District of Connecticut | County:<br>n/a | Job:<br>13542303 (25630210) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>TELEPHONE SCIENCE CORPORATION | | **Defendant / Respondent:**<br>SYNCHRONY FINANCIAL | |
| **Received by:**<br>InfoTrack US, Inc. | | **For:**<br>Gerstein Harrow LLP | |
| **To be served upon:**<br>Synchrony Financial | | | |

**Recipient Name:** Chimere Brooks, Intake Specialist authorized to accept
**Recipient Address:** Business: 1209 Orange Street, Wilmington, DE 19801
**Manner of Service:** Business Serve, Jun 18, 2025, 5:01 pm EDT
**Documents:** Summons, Complaint

**Diligence / Comments:**
1) Successful Attempt: Jun 18, 2025, 5:01 pm EDT at Business: 1209 Orange Street, Wilmington, DE 19801 received by Chimere Brooks, Intake Specialist authorized to accept. Age: 35; Ethnicity: African American; Gender: Female; Weight: 220 lb; Height: 5'7"; Hair: Black;

**Statement(s):**
I, William Bailey, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

_____     6/19/2025
William Bailey                                    Date

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA 94954
800-938-8815