IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TELEPHONE SCIENCE CORPORATION, dba Nomorobo, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNCHRONY FINANCIAL,<br><br>　　　　　Defendant. | Case No. 25-cv-00940-VAB<br><br>August 8, 2025 |

## MOTION TO DISMISS COMPLAINT

Defendant Synchrony Financial moves to dismiss plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the basis that plaintiff's claim is barred by collateral estoppel and plaintiff's claims do not fall within the zone of interests protected by the Telephone Consumer Protection Act. In support of this motion, Synchrony Financial has filed a memorandum of law.

　　　　　　　　　　　　　　　　　By: */s/ Matthew D. Ingber*
　　　　　　　　　　　　　　　　　Matthew D. Ingber (*pro hac vice*)
　　　　　　　　　　　　　　　　　Rachel A. Fishbein (*pro hac vice*)
　　　　　　　　　　　　　　　　　**MAYER BROWN LLP**
　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　Tel: (212) 506-2500
　　　　　　　　　　　　　　　　　mingber@mayerbrown.com
　　　　　　　　　　　　　　　　　rfishbein@mayerbrown.com

　　　　　　　　　　　　　　　　　Archis A. Parasharami (*pro hac vice*)
　　　　　　　　　　　　　　　　　Daniel E. Jones (*pro hac vice*)
　　　　　　　　　　　　　　　　　1999 K Street NW
　　　　　　　　　　　　　　　　　Washington DC 20006
　　　　　　　　　　　　　　　　　Tel: (202) 263-3000
　　　　　　　　　　　　　　　　　aparasharami@mayerbrown.com

ORAL ARGUMENT REQUESTED

djones@mayerbrown.com

*and*

**PULLMAN & COMLEY LLC**
James T. (Tim) Shearin, Esq. (ct01326)
Bianca LoGiurato, Esq. (ct31395)
850 Main Street
Bridgeport, CT 06601
Tel: (203) 330-2240
jtshearin@pullcom.com
blogiurato@pullcom.com

*Attorneys for Defendant Synchrony Financial*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: August 8, 2025

*/s/ Matthew D. Ingber*
Matthew D. Ingber (*pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
mingber@mayerbrown.com